UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-60013 |
| VERSUS | * | JUDGE MELANÇON |
| CYNTHIA M. ELBERSON | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law; it is

**ORDERED** that Cynthia M. Elberson's § 2255 Motion is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 5th day of May, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE