LAWP Prob. 12B
(Rev 01/05/10)

PACTS# 10783

# United States District Court

## for the

## Western District of Louisiana

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Elberson, Cynthia Denise       Case Number: 6:07CR60013-001

Name of Sentencing Judicial Officer: Tucker L. Melancon

Date of Original Sentence: 09/25/2007

Original Offense: Bank Fraud (18 USC 1344)

Original Sentence: 33 Months Prison; 60 Months TSR ; $347,537.99 Restitution

Type of Supervision: TSR       Date Supervision Commenced: 03/18/2010

## PETITIONING THE COURT

☐ To extend the term of supervision for ____ years, for a total term of ____ years.

☒ To modify conditions of supervision as follows:

The defendant shall make restitution payments in monthly installments of not less than $50.00 until expiration of the term of supervised release. Interest and penalties shall be waived.

## CAUSE

The defendant does not have the ability to make restitution payments at the rate currently in effect.

Approved: *Ronald J Helo*
Ronald J Helo
Supervising U.S. Probation Officer

Respectfully submitted,

by *Kathryn Clause*
Kathryn Clause
U.S. Probation Officer

Date: September 26, 2011

LAWP Prob. 12B
(Rev 01/05/10)

*Page 2 of 2*

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender

Name of Offender: Elberson, Cynthia Denise

## THE COURT ORDERS:

☐ No Action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other:

_____
Signature of Judicial Officer

10/7/2011
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## Western District of Louisiana

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

1. The defendant shall make restitution payments in monthly installments of not less than $50.00 until expiration of the term of supervised release. Interest and penalties shall be waived.

Witness: _____   Signed: _____
KATHRYN L. CLAUSE                        CYNTHIA M. ELBERSON
U. S. Probation Officer                  Probationer or Supervised Releasee

June 23, 2011
Date